JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE LUCIEN VAN WYK,<br><br>    Petitioner,<br><br>vs.<br><br>JEFFREY BEARD, Warden,<br><br>    Respondent. | Case No. SACV 15-01257-BRO (KES)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: 6/10/16

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

1